## LAW v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term.　December 21, 1905.)

CARRIERS—STREET RAILWAYS—INJURIES TO PASSENGER—CONTRIBUTORY NEGLI-
GENCE.

A passenger, injured while attempting to leave a moving car under cir-
cumstances affording no notice to the railway company that he had placed
himself in a position to be injured by an increase in the speed of the
car, cannot recover for injuries so received.

[Ed. Note.—For cases in point, see vol. 9, Cent. Dig. Carriers, §§ 1224,
1226.]

Appeal from Municipal Court, Borough of Manhattan, Seventh
District.

Action by William Law against the New York City Railway Com-
pany.　Judgment for defendant, and plaintiff appeals.　Affirmed.

Argued before SCOTT, P. J., and BISCHOFF and MacLEAN, JJ.

Robert D. Ireland and Henry W. Freeman, for appellant.

William E. Weaver, for respondent.

BISCHOFF, J.　There is nothing in this record to suggest that the
justice found the facts in accordance with the plaintiff's testimony and
decided the case adversely to him on the ground that he had not paid
his fare, as argued for the appellant.　The decision, as we are to as-
sume, proceeded upon the trial court's estimate of the credibility of the
witnesses, and the preponderance was by no means necessarily with the
plaintiff.　Crediting the evidence for the defendant, the accident was
caused by the plaintiff's attempt to leave a moving car under circum-
stances which afforded no notice to the defendant that he had placed
himself in a position to be injured by an increase in the speed of the
car.　Upon this state of facts, as found, there was no negligence on
the part of the defendant, and the judgment is unassailable.

Judgment affirmed, with costs.　All concur.